# CORPORATE RESOLUTIONS ADOPTED BY
# THE JEWISH HOME FOR THE AGED, INC.

I HEREBY CERTIFY that (i) I am the President of The Jewish Home for the Aged, Inc., a Connecticut corporation (hereinafter referred to as the "Corporation"), (ii) the following is a true and correct copy of resolutions duly adopted by the Directors of the Corporation on February 11, 2011 (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or Bylaw or regulation of the Corporation nor have the Resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date:

RESOLVED, that the Corporation (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11 and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that, the following officer, Beth Goldstein of the Corporation, shall be, and hereby are, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Corporation, (i) the voluntary petition of the Corporation pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith in such form or forms as the Officer or Officers so acting may approve;

FURTHER RESOLVED, that the above named officers shall be authorized and empowered to execute and deliver for and on behalf of the Corporation, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the CEO so acting hereby are approved.

FURTHER RESOLVED, that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Corporation, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the above named officers shall be, and are, authorized and empowered to retain, on behalf of the Corporation, attorneys, financial advisors and accountants as the Officer or Officers so acting shall deem appropriate in his or their judgment;

1

FURTHER RESOLVED, that the above named officers shall be, and are, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as he shall deem appropriate in his or their judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers or Board of Directors of the Corporation, which have been taken, caused to have been taken or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

Attest:                                             THE JEWISH HOME FOR THE AGED, INC.

                                                    By: _____
                                                         Beth Goldstein
                                                         Its President
                                                         Hereby authorized

Dated: February 11, 2011