B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re  __The Jewish Home for the Aged, Inc.__                               Case No. _____
                                                    Debtor(s)           Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Select Rehabilitation**<br>**Attn Pres, Gen Ptnr or Mng**<br>**Mmb**<br>**550 Frontage Road**<br>**Suite 2415**<br>**Northfield, IL 60093** | **Select Rehabilitation**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**550 Frontage Road**<br>**Northfield, IL 60093** | | | **381,162.92** |
| **Omnicare of Connecticut**<br>**Attn Pres, Gen Ptnr or Mng**<br>**Mmb**<br>**P.O. Box 715268**<br>**Columbus, OH 43271** | **Omnicare of Connecticut**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 715268**<br>**Columbus, OH 43271** | | | **232,977.90** |
| **Medline Industries Inc.**<br>**Attn Pres, Gen Ptnr or Mng**<br>**Mmb**<br>**P.O. Box 382075**<br>**Pittsburgh, PA 15251** | **Medline Industries Inc.**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**P.O. Box 382075**<br>**Pittsburgh, PA 15251** | | | **172,955.71** |
| **Simplex Financial Services**<br>**Attn Pres, Gen Ptnr or Mng**<br>**Mmb**<br>**21146 Network Place**<br>**Chicago, IL 60673** | **Simplex Financial Services**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**21146 Network Place**<br>**Chicago, IL 60673** | | | **160,622.66** |
| **Murtha Cullina Richter**<br>**Attn Pres, Gen Ptnr or Mng**<br>**Mmb**<br>**Cityplace I**<br>**185 Asylum Street**<br>**Hartford, CT 06103** | **Murtha Cullina Richter**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**Cityplace I**<br>**Hartford, CT 06103** | | | **128,133.80** |
| **Vitas H.C**<br>**Attn Pres, Gen Ptnr or Mng**<br>**Mmb**<br>**123 SE 3rd Avenue #440**<br>**Miami, FL 33131** | **Vitas H.C**<br>**Attn Pres, Gen Ptnr or Mng Mmb**<br>**123 SE 3rd Avenue #440**<br>**Miami, FL 33131** | | | **126,127.69** |

B4 (Official Form 4) (12/07) - Cont.

In re    __The Jewish Home for the Aged, Inc.__                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PHA LLC<br>Attn Pres, Gen Ptnr or Mng Mmb<br>12558 Collections Center Drive<br>Chicago, IL 60693 | PHA LLC<br>Attn Pres, Gen Ptnr or Mng Mmb<br>12558 Collections Center Drive<br>Chicago, IL 60693 | | | 111,825.35 |
| West Side Foods Inc<br>Attn Pres, Gen Ptnr or Mng Mmb<br>P.O. Box 740456<br>Hunts Point Station<br>Bronx, NY 10474 | West Side Foods Inc<br>Attn Pres, Gen Ptnr or Mng Mmb<br>P.O. Box 740456<br>Bronx, NY 10474 | | | 105,002.78 |
| Siegel O'Connor O'Donnell Beck<br>Attn Pres, Gen Ptnr or Mng Mmb<br>150 Trumbull Street<br>Hartford, CT 06103 | Siegel O'Connor O'Donnell Beck<br>Attn Pres, Gen Ptnr or Mng Mmb<br>150 Trumbull Street<br>Hartford, CT 06103 | | | 87,984.19 |
| GB&S, Trustee<br>Attn Pres, Gen Ptnr or Mng Mmb<br>3127 Whitney Avenue<br>Hamden, CT 06518 | GB&S, Trustee<br>Attn Pres, Gen Ptnr or Mng Mmb<br>3127 Whitney Avenue<br>Hamden, CT 06518 | | | 84,598.24 |
| Oxford Health Care<br>Attn Pres, Gen Ptnr or Mng Mmb<br>P.O. Box 1697<br>Newark, NJ 07101 | Oxford Health Care<br>Attn Pres, Gen Ptnr or Mng Mmb<br>P.O. Box 1697<br>Newark, NJ 07101 | | | 69,560.21 |
| Stonebridge Distribution Inc<br>Attn Pres, Gen Ptnr or Mng Mmb<br>661 Hillside Road<br>Pelham Manor, NY 10803 | Stonebridge Distribution Inc<br>Attn Pres, Gen Ptnr or Mng Mmb<br>661 Hillside Road<br>Pelham Manor, NY 10803 | | | 65,805.36 |
| Matrix Medical Network<br>Attn Pres, Gen Ptnr or Mng Mmb<br>4545 E. Shea Blvd Ste 175<br>Phoenix, AZ 85028 | Matrix Medical Network<br>Attn Pres, Gen Ptnr or Mng Mmb<br>4545 E. Shea Blvd Ste 175<br>Phoenix, AZ 85028 | | | 62,375.00 |
| Gerimedix<br>Attn Pres, Gen Ptnr or Mng Mmb<br>421 Van Brunt Street<br>Brooklyn, NY 11231 | Gerimedix<br>Attn Pres, Gen Ptnr or Mng Mmb<br>421 Van Brunt Street<br>Brooklyn, NY 11231 | | | 60,362.11 |
| Platinum Care Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>240 52nd Street<br>Brooklyn, NY 11220 | Platinum Care Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>240 52nd Street<br>Brooklyn, NY 11220 | | | 55,004.32 |

B4 (Official Form 4) (12/07) - Cont.

In re __The Jewish Home for the Aged, Inc.__                             Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CANPFA<br>Attn Pres, Gen Ptnr or Mng Mmb<br>1340 Worthington Ridge<br>Berlin, CT 06037 | CANPFA<br>Attn Pres, Gen Ptnr or Mng Mmb<br>1340 Worthington Ridge<br>Berlin, CT 06037 | | | 54,616.13 |
| The Nurse Network<br>Attn Pres, Gen Ptnr or Mng Mmb<br>653 Main Street<br>Plantsville, CT 06479 | The Nurse Network<br>Attn Pres, Gen Ptnr or Mng Mmb<br>653 Main Street<br>Plantsville, CT 06479 | | | 53,421.84 |
| ReadyNurse Staffing Services<br>Attn Pres, Gen Ptnr or Mng Mmb<br>BofA Lockbox Services<br>P.O. Box 198871<br>Atlanta, GA 30384 | ReadyNurse Staffing Services<br>Attn Pres, Gen Ptnr or Mng Mmb<br>BofA Lockbox Services<br>Atlanta, GA 30384 | | | 38,252.93 |
| AAA Nursing Care, LLC<br>Attn Pres, Gen Ptnr or Mng Mmb<br>3303 Main Street<br>Stratford, CT 06614 | AAA Nursing Care, LLC<br>Attn Pres, Gen Ptnr or Mng Mmb<br>3303 Main Street<br>Stratford, CT 06614 | | | 37,538.38 |
| Ratick Combustion, Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>129 Wordin Avenue<br>P.O. Box 6406<br>Bridgeport, CT 06606 | Ratick Combustion, Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>129 Wordin Avenue<br>Bridgeport, CT 06606 | | | 34,535.69 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___2/14/11___                             Signature _____
Beth Goldstein
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.