# United States Bankruptcy Court
## District of Connecticut

In re   **The Jewish Home for the Aged, Inc.**

Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   2/14/11

Beth Goldstein/President
Signer/Title

Internal Revenue Services
Department of the Treasury
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114-0326


State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


A. Ferrigno
Attn Pres, Gen Ptnr or Mng Mmb
321 Long Wharf Food Terminal
New Haven, CT 06511


A. Fiorillo & Co., Inc.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 500
Milldale, CT 06467


A.D. Perkins Company
Attn Pres, Gen Ptnr or Mng Mmb
43 Elm Street
New Haven, CT 06510


AAA Nursing Care, LLC
Attn Pres, Gen Ptnr or Mng Mmb
3303 Main Street
Stratford, CT 06614


ABC Exterminating & Lawncare
Attn Pres, Gen Ptnr or Mng Mmb
12 Winfield Street
Norwalk, CT 06855


Ace Surgical Supply Co
Attn Pres, Gen Ptnr or Mng Mmb
170 53rd Street
Brooklyn, NY 11232


ACSA Group Insurance
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 30422
Hartford, CT 06150

Administrator Unemployment Comp
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 30289
Hartford, CT 06150


ADP
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 9001006
Louisville, KY 40290


Advanced Footcare Surgeons
Attn Pres, Gen Ptnr or Mng Mmb
508 Blake Street
New Haven, CT 06511


AJAS
Attn Pres, Gen Ptnr or Mng Mmb
316 Pennsylvania Ave SE
Suite 402
Washington, DC 20003


Alert Security Systems Inc.
Attn Pres, Gen Ptnr or Mng Mmb
308 Blake Street
New Haven, CT 06515


All American Waste LLC
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 630
East Windsor, CT 06088


All Brite Electric Inc
Attn Pres, Gen Ptnr or Mng Mmb
4 Industry Drive Ext
P.O. Box 26004
West Haven, CT 06516


Alliance Rehab of CT
Attn Pres, Gen Ptnr or Mng Mmb
1520 Kensington Road, Ste 110
Oak Brook, IL 60523


Allied Communications
Attn Pres, Gen Ptnr or Mng Mmb
560 Saw Mill Road
Ste 11
West Haven, CT 06516

Allscripts
Attn Pres, Gen Ptnr or Mng Mmb
24630 Network Place
Chicago, IL 60673


American Express
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 1270
Newark, NJ 07101


American Heritage Life Ins Co
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 650514
Dallas, TX 75265


American Medical Response
Attn Pres, Gen Ptnr or Mng Mmb
55 Church Street
New Haven, CT 06510


Aquaneer Technologies
Attn Pres, Gen Ptnr or Mng Mmb
34-3 Shunpike Road, 260
Cromwell, CT 06416


Arden House
Attn Pres, Gen Ptnr or Mng Mmb
850 Mix Avenue
Hamden, CT 06516


ARJO Inc.
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 640799
Pittsburgh, PA 15264


AT&T Mobility
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 6463
Carol Stream, IL 60197


Augurs Snow Removal
Attn Pres, Gen Ptnr or Mng Mmb
144 Warner Road
North Haven, CT 06473

Bayer Corporation
Attn Pres, Gen Ptnr or Mng Mmb
Bayer Benefits Center
100 Half Day Road
Lincolnshire, IL 60069


Besam Automated Entrance Sys
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 827375
Philadelphia, PA 19182


Blackbaud
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 930256
Atlanta, GA 31193


Blum Shapiro & Co. P.C
Attn Pres, Gen Ptnr or Mng Mmb
29 South Main Street
P.O. Box 27200
West Hartford, CT 06127


Bob's #1 Inc
Attn Pres, Gen Ptnr or Mng Mmb
d/b/a Mr. Rooter Plumbing
12 Commercial Street
Branford, CT 06405


Brenner Saltzman & Wallman LLP
Attn Pres, Gen Ptnr or Mng Mmb
271 Whitney Avenue
New Haven, CT 06511


Brodner Glass Co
Attn Pres, Gen Ptnr or Mng Mmb
500-512 Congress Avenue
New Haven, CT 06519


Brown Elevator Co
Attn Pres, Gen Ptnr or Mng Mmb
416 Bunnell Street
Bridgeport, CT 06607


CANPFA
Attn Pres, Gen Ptnr or Mng Mmb
1340 Worthington Ridge
Berlin, CT 06037

Cash
Attn Pres, Gen Ptnr or Mng Mmb
NEED ADDRESS
New Haven, CT 06510


Center for Orthopaedics
Attn Pres, Gen Ptnr or Mng Mmb
1 Church Street, 4th Floor
New Haven, CT 06510


Chevron-Human Resources
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 436
Little Falls, NJ 07424


CIT Technology Fin Serv.
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 33076
Newark, NJ 07188


CIT Techonology Financing Srvc
Attn Pres, Gen Ptnr or Mng Mmb
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Citizen Bank
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 9665
Providence, RI 02940


Citizens Bank
Attn Pres, Gen Ptnr or Mng Mmb
209 Church Street
New Haven, CT 06510


Citizens Bank
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 9799
Providence, RI 02940


Citizens Bank
Attn Pres, Gen Ptnr or Mng Mmb
157 Church St., 17th Floor
New Haven, CT 06510

City of New Haven Tax Office
Attn Pres, Gen Ptnr or Mng Mmb
165 Church Street
New Haven, CT 06510


CJI Landscaping LLC
Attn Pres, Gen Ptnr or Mng Mmb
15 Anthony Court
East Haven, CT 06512


Clearwater Industries Inc
Attn Pres, Gen Ptnr or Mng Mmb
30 Driftwood Lane
Trumbull, CT 06611


Colonial Medical Asstd Dvcs
Attn Pres, Gen Ptnr or Mng Mmb
14 Celina Avenue Unit 1
Nashua, NH 03063


Comcast Cable of New Haven
Attn Pres, Gen Ptnr or Mng Mmb
630 Chapel Street
New Haven, CT 06510


Commercial Lighting
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 270651
Tampa, FL 33688


Commercial Maintenance Chmcl
Attn Pres, Gen Ptnr or Mng Mmb
43 Heisser Court
Farmingdale, NY 11735


Compass Staffing Solutions
Attn Pres, Gen Ptnr or Mng Mmb
245 Long Hill road
Middletown, CT 06457


Compudata Health Corp
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 431
Selinsgrove, PA 17870

ConEdison Solutions
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 223246
Pittsburgh, PA 15251


Conn Orthopedic Specialists
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 5576
Hamden, CT 06518


Connecticut Handivan
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 188
North Haven, CT 06473


Connecticut Labor Law Poster
Attn Pres, Gen Ptnr or Mng Mmb
1028 Boulevard #328
West Hartford, CT 06119


Consolidated Graphic Communic.
Attn Pres, Gen Ptnr or Mng Mmb
1901 Mayview Road
PO Box A
Bridgeville, PA 15017


Controlled Air Inc
Attn Pres, Gen Ptnr or Mng Mmb
21 Thompson Road
Branford, CT 06405


Cornerstone Medical Services
Attn Pres, Gen Ptnr or Mng Mmb
Hurley Farms Ind Park
115 Hurley Road #6C
Oxford, CT 06478


CSI
Attn Pres, Gen Ptnr or Mng Mmb
817 Creek Road
Bellmawr, NJ 08031


D & R Central Baking Corp
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 190380
Brooklyn, NY 11219

Daly LLC
Attn Pres, Gen Ptnr or Mng Mmb
110 Mattatuck Heights
Waterbury, CT 06705


Diag Hema Lab Med Onc
Attn Pres, Gen Ptnr or Mng Mmb
19 Lunar Drive
Woodbridge, CT 06525


Direct Supply Inc
Attn Pres, Gen Ptnr or Mng Mmb
Box 88201
Milwaukee, WI 53288


District 1199
Attn Pres, Gen Ptnr or Mng Mmb
77 Huyshope Avenue
1st Floor
Hartford, CT 06106


District 1199 Political Action
Attn Pres, Gen Ptnr or Mng Mmb
77 Huyshope Avenue
Hartford, CT 06106


Dr. A.O. Adetola
41 Sabrina Drive
Bethany, CT 06524


Dumouchel Paper Company
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 1185
Waterbury, CT 06721


Eagle Elevator Co
Attn Pres, Gen Ptnr or Mng Mmb
275 Kenyon Street
Hartford, CT 06105


Eastern Bag & Paper Co
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 460
Hartford, CT 06141

Eastern Fire Door Co
Attn Pres, Gen Ptnr or Mng Mmb
299 Terminal Lane
New Haven, CT 06519


EBM
Attn Pres, Gen P5tnr or Mng Mmb
1 Post Road
Fairfield, CT 06824


Ecolab
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 905327
Charlotte, NC 28290


EJS Electric
Attn Pres, Gen Ptnr or Mng Mmb
67 Bailey Road
North Haven, CT 06473


F.W. Webb Company
Attn Pres, Gen Ptnr or Mng Mmb
150 Locust Street
Hartford, CT 06114


Fed Ex
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 371461
Pittsburgh, PA 15250


GB&S, Trustee
Attn Pres, Gen Ptnr or Mng Mmb
3127 Whitney Avenue
Hamden, CT 06518


George Weston Bakeries
Attn Pres, Gen Ptnr or Mng Mmb
1040 New Haven Road
New Haven, CT 06770


Geriatric & Adult Psychiatry
Attn Pres, Gen Ptnr or Mng Mmb
60 Washington Avenue #203
Hamden, CT 06518

Geriatric Services P.C.
Attn Pres, Gen Ptnr or Mng Mmb
69 South Broadway
Yonkers, NY 10701


Gerimedix
Attn Pres, Gen Ptnr or Mng Mmb
421 Van Brunt Street
Brooklyn, NY 11231


Gill Associates
Attn Pres, Gen Ptnr or Mng Mmb
2025 Hamburg Tpke Ste M
Wayne, NJ 07470


Globex Kosher Foods Inc
Attn Pres, Gen Ptnr or Mng Mmb
5600 1st Avenue
Brooklyn, NY 11220


Goldman Gruder & Woods LLC
Attn Pres, Gen Ptnr or Mng Mmb
200 Connecticut Avenue
Norwalk, CT 06854


Goodcopy Printing & Graphics
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 8088
New Haven, CT 06530


Greater Hartford Textile LLC
Attn Pres, Gen Ptnr or Mng Mmb
41 Fourth Street
New London, CT 06320


Greater New Haven Water
Pollution Control Authority
Attn Pres, Gen Ptnr or Mng Mmb
345 East Shore Parkway
New Haven, CT 06512


Gulf South Medical Supply
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 841968
Dallas, TX 75284

H P Hood
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 4071
Boston, MA 02211


H&R Healthcare
Attn Pres, Gen Ptnr or Mng Mmb
102 Clifton Avenue
Lakewood, NJ 08701


Hardy Linen
Attn Pres, Gen Ptnr or Mng Mmb
1501 Lancer Drive
Morrestown, NJ 08057


Healthcap RRG
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 2946
Ann Arbor, MI 48106


Healthcare Resources
Attn Pres, Gen Ptnr or Mng Mmb
International LLC
P.O. Box 1549
Burlington, CT 06013


Heartcare Associates of CT
Attn Pres, Gen Ptnr or Mng Mmb
2200 Whitney Ave Ste 180
Hamden, CT 06518


Hershey Creamery co
Attn Pres, Gen Ptnr or Mng Mmb
280 Middle Street
Middletown, CT 06457


High Tech Nursing Services
Attn Pres, Gen Ptnr or Mng Mmb
1 Stafford Street
Springfield, MA 01104


Home Depot/GECF
Attn Pres, Gen Ptnr or Mng Mmb
Dept 32-2500399252
PO Box 9055
Des Moines, IA 50368

Hooker & Holcombe, Inc
Attn Pres, Gen Ptnr or Mng Mmb
65 Lasalle Road
West Hartford, CT 06107


Howard Bess
c/o Imani Bess
312 Forbes Avenue
New Haven, CT 06512


Hudson Home Health Care
Attn Pres, Gen Ptnr or Mng Mmb
151 Rockwell Road
Newington, CT 06111


Immanuel Staffing Solutions
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 2576
Middletown, CT 06457


Ivans
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 850001
Orlando, FL 32885


J&L Medical Services LLC
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 1437
199 Park Road Ext Ste A
Middlebury, CT 06762


JHA-Residents Personal Fund
Attn Pres, Gen Ptnr or Mng Mmb
169 Davenport Avenue
New Haven, CT 06519


Joan Crawford
[NEED ADDRESS]


John Lindesey
135 Derby Avenue
New Haven, CT 06511

Johnstone Supply
Attn Pres, Gen Ptnr or Mng Mmb
50 Niantic Avenue
Providence, RI 02907


Joseph Dimow
18 Tower Lane
New Haven, CT 06519


Joseph E. Faughnan, Esq.
Susman Duffy & Segaloff PC
55 Whitney Avenue
New Haven, CT 06510


Julia Cohen
c/o Anita Sadur
34 Eagle Drive
Sharon, MA 02067


K & L Gates
Attn Pres, Gen Ptnr or Mng Mmb
One Lincoln Street
Boston, MA 02111


Kinsley Power Systems
Attn Pres, Gen Ptnr or Mng Mmb
14 Connecticut South Drive
East Granby, CT 06026


KLM Plan Services
Attn Pres, Gen Ptnr or Mng Mmb
Suite 305
66 Cedar Street
Newington, CT 06111


Kosher Mart Foods
Attn Pres, Gen Ptnr or Mng Mmb
615 Deer Road
Cherry Hill, NJ 08034


Liberty Auto & Electric Co.
Attn Pres, Gen Ptnr or Mng Mmb
38 Gurdon Street
Bridgeport, CT 06606

Luis Muriel
434 Woodin Street
Hamden, CT 06574


Maps Group LLC
Attn Pres, Gen Ptnr or Mng Mmb
3827 Autumn View Lane NW
Acworth, GA 30101


Marc A. Wallman, Esq.
271 Whitney Avenue
New Haven, CT 06511


Matrix Distributing Co
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 32224
Baltimore, MD 21282


Matrix Medical Network
Attn Pres, Gen Ptnr or Mng Mmb
4545 E. Shea Blvd Ste 175
Phoenix, AZ 85028


Med Oncology Hematology
Attn Pres, Gen Ptnr or Mng Mmb
19 Lunar Drive
Woodbridge, CT 06525


Medfax Portable Diagnostics
Attn Pres, Gen Ptnr or Mng Mmb
Precision Health, Inc.
P.O. Box 2559
Malta, NY 12020


Medicare NGS, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
Lockbox 13001
NY Part A NON MSP
Chicago, IL 60680


Medicine Centre/Senior Care LL
Attn Pres, Gen Ptnr or Mng Mmb
283 Main Street
Portland, CT 06480

Medline Industries Inc.
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 382075
Pittsburgh, PA 15251


Medwaste Management Inc
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 822197
Phildadelphia, PA 19182


Monster Worldwide, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 416803
Boston, MA 02241


Monster. Com
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 13645
Newark, NJ 07188


Morrison Management Specialist
Attn Pres, Gen Ptnr or Mng Mmb
5801 Peachtree Dunwoody Rd
Atlanta, GA 30342


Murtha Cullina Richter
Attn Pres, Gen Ptnr or Mng Mmb
Cityplace I
185 Asylum Street
Hartford, CT 06103


Myers Flower Shop
Attn Pres, Gen Ptnr or Mng Mmb
869 West Main Street
Branford, CT 06405


ND Labs, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
202 Merrick Road
Lynbrook, NY 11563


NEHCEU Health & Welfare Fund
Attn Pres, Gen Ptnr or Mng Mmb
77 Huyshope Avenue 2nd Floor
Hartford, CT 06106

NEHCEU Pension Fund
Attn Pres, Gen Ptnr or Mng Mmb
77 Huyshope Avenue 2nd floor
Hartford, CT 06106


NEHCEU Training Fund
Attn Pres, Gen Ptnr or Mng Mmb
77 Huyshope Avenue 2nd Floor
Hartford, CT 06106


New Alliance Bank
Attn Pres, Gen Ptnr or Mng Mmb
Commercial Loans
195 Church Street
New Haven, CT 06510


New England O & P
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 575
W. Bridgewater, MA 02379


New Haven Register
Attn A/R Department
PO Box 8626
New Haven, CT 06507


NYSHFA
Attn Pres, Gen Ptnr or Mng Mmb
33 Elk Street Ste #300
Albany, NY 12207


Occupational Health Centers
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 8960
Elkridge, MD 21075


Omnicare of Connecticut
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 715268
Columbus, OH 43271


One Communications
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 415721
Boston, MA 02241

Orthopaedic Group LLC
Attn Pres, Gen Ptnr or Mng Mmb
199 Whitney Avenue
New Haven, CT 06511


Otis Elevator Company
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 13716
Newark, NJ 07188


Oxford Health Care
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 1697
Newark, NJ 07101


Pacific Link
Attn Pres, Gen Ptnr or Mng Mmb
64 Commercial Avenue
Garden City, NY 11530


Painter's Supply
Attn Pres, Gen Ptnr or Mng Mmb
390 East Street
New Haven, CT 06510


Paradise Foods LLC
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 5178
Milford, CT 06460


Pepsi Beverage Company
Attn Pres, Gen Ptnr or Mng Mmb
355 Benton Street
Stratford, CT 06615


PHA LLC
Attn Pres, Gen Ptnr or Mng Mmb
12558 Collections Center Drive
Chicago, IL 60693


Philadelphia Ins. Co
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 70251
Philadelphia, PA 19176

Pitney Bowes Global
Attn Pres, Gen Ptnr or Mng Mmb
Financial Services
P.O. Box 371887
Pittsburgh, PA 15250


Pitney Bowes Purchase Power
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 856042
Louisville, KY 40285


Platinum Care Inc.
Attn Pres, Gen Ptnr or Mng Mmb
240 52nd Street
Brooklyn, NY 11220


Positive Promotions
Attn Pres, Gen Ptnr or Mng Mmb
40-01 168th Street
Flushing, NY 11358


Prism Office Solutions
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 727
Orange, CT 06477


Pro Tek
Attn Pres, Gen Ptnr or Mng Mmb
375 N Broadway Ste LL5
Jericho, NY 11753


Purchase Power
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 856042
Louisville, NY 40285


Quest Diagnostics
Attn Pres, Gen Ptnr or Mng Mmb
3 Sterling Drive
Wallingford, CT 06492


Quinn Plumbing & Heating
Attn Pres, Gen Ptnr or Mng Mmb
34 Raccio Park Road Unit #12
Hamden, CT 06514

R & B Communications
Attn Pres, Gen Ptnr or Mng Mmb
109 Poningo Street
Portchester, NY 10573


R.J. Mase, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
1 Testa Place
Norwalk, CT 06854


R.W. Smith & Co
Attn Pres, Gen Ptnr or Mng Mmb
8555 Miralani Drive
P.O. Box 26160
San Diego, CA 92196


Rabbi Yonason Reinitz
158 Goffe Terrace
New Haven, CT 06511


Ratick Combustion, Inc.
Attn Pres, Gen Ptnr or Mng Mmb
129 Wordin Avenue
P.O. Box 6406
Bridgeport, CT 06606


ReadyNurse Staffing Services
Attn Pres, Gen Ptnr or Mng Mmb
BofA Lockbox Services
P.O. Box 198871
Atlanta, GA 30384


Refrigeration Unlimited
Attn Pres, Gen Ptnr or Mng Mmb
5 Bailey Drive
West Haven, CT 06516


Rivercliff Fuel
Attn Pres, Gen Ptnr or Mng Mmb
92C Bridgeport Avenue
Milford, CT 06460


Roberts Business Machines Inc.
Attn Pres, Gen Ptnr or Mng Mmb
676 Tolland Street
East Hartford, CT 06108

Ross Products Division
Attn Pres, Gen Ptnr or Mng Mmb
75 Remittance Drive Ste 1310
Chicago, IL 60675


Roto Rooter Services Co
Attn Pres, Gen Ptnr or Mng Mmb
5672 Collections Center Drive
Chicago, IL 60693


S. Bertram
P.O. Box 4129
Linden, NJ 07036


Saint Raphael MR Ctr
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 9651
New Haven, CT 06536


Sani Med Distributors Inc
Attn Pres, Gen Ptnr or Mng Mmb
43 Warehouse Point Road
Wallingford, CT 06492


Select Energy
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 732
Hartford, CT 06142


Select Rehabilitation
Attn Pres, Gen Ptnr or Mng Mmb
550 Frontage Road
Suite 2415
Northfield, IL 60093


Sid Wainer & Son
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 50240
New Bedford, MA 02745


Siegel O'Connor O'Donnell Beck
Attn Pres, Gen Ptnr or Mng Mmb
150 Trumbull Street
Hartford, CT 06103

Simplex Financial Services
Attn Pres, Gen Ptnr or Mng Mmb
21146 Network Place
Chicago, IL 60673


Simplex Grinnell LP
Attn Pres, Gen Ptnr or Mng Mmb
100 Simple Drive
Westminster, MA 01441


Social Security Administration
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 3430
Philadelphia, PA 19122


Social Security Administrator
Attn Pres, Gen Ptnr or Mng Mmb
150 Court Street  3rd Floor
New Haven, CT 06510


Southern CT Gas Co.
Attn Pres, Gen Ptnr or Mng Mmb
855 Main Street
Branford, CT 06405


St. Raphael MR Center
Attn Pres, Gen Ptnr or Mng Mmb
11 Lunar Drive
Woodbridge, CT 06525


St. Raphael Occpational Health
Attn Pres, Gen Ptnr or Mng Mmb
84 North Main St., Ste 200
Branford, CT 06405


St. Raphael Patient Accounts
Attn Pres, Gen Ptnr or Mng Mmb
1450 Chapel Street
New Haven, CT 06511


Standard Oil
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 4005
Bridgeport, CT 06607

Staples Business Advantage
Attn Pres, Gen Ptnr or Mng Mmb
Dept BOS
P.O. Box 30851
Hartford, CT 06150


State of Connecticut
Attn Pres, Gen Ptnr or Mng Mmb
Commissioner of Social Services
194 Bassett Street
New Haven, CT 06519


State of CT Dpt. of Labor
Employment Security Division
Deliquent Accounts Unit
200 Folly Brook Boulevard
Wethersfield, CT 06109


State Supply Company
Attn Pres, Gen Ptnr or Mng Mmb
597 Seventh Street East
St. Paul, MN 55130


Stonebridge Distribution Inc
Attn Pres, Gen Ptnr or Mng Mmb
661 Hillside Road
Pelham Manor, NY 10803


Strategic Information Resource
Attn Pres, Gen Ptnr or Mng Mmb
155 Brookdale Drive
Springfield, MA 01104


Susan L Voight
State Marshal
P.O. Box 3237
New Haven, CT 06515


Taylor Rental Center
Attn Pres, Gen Ptnr or Mng Mmb
304 Boston Post Road
Orange, CT 06477


Technical Gas Products
Attn Pres, Gen Ptnr or Mng Mmb
66 Leonardo Drive
North Haven, CT 06473

Temp Source
Attn Pres, Gen Ptnr or Mng Mmb
221 Main Street
Hartford, CT 06106


The Cardiology Group PC
Attn Pres, Gen Ptnr or Mng Mmb
60 Temple Street
New Haven, CT 06510


The CIT Group/Equipment Financ
Attn: Ginger Valenzuela
P.O. Box 27248
Tempe, AZ 85285


The Jewish Home Building
Fund Corp.
Attn Pres, Gen Ptnr or Mng Mmb
169 Davenport Avenue
New Haven, CT 06519


The Nurse Network
Attn Pres, Gen Ptnr or Mng Mmb
653 Main Street
Plantsville, CT 06479


The Urology Center
Attn Pres, Gen Ptnr or Mng Mmb
330 Orchard Street
Ste 164
New Haven, CT 06455


Trans Clean Corp
Attn Pres, Gen Ptnr or Mng Mmb
45 Mayfair Place
Stratford, CT 06615


Treasurer, State of CT
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 1080
Hartford, CT 06143


Tri Mark United East
Attn Pres, Gen Ptnr or Mng Mmb
505 Collins Street
South Attleboro, MA 02703

Twentieth Century
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 853
Bellmore, NY 11710


UHC Evercare
Attn Pres, Gen Ptnr or Mng Mmb
Johnson & Rountreet
Lockbox #1007 P.O. Box 4829
Houston, TX 77210


Ultra Products
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 273
Berlin, NJ 08009


United H.C. Insurance
Attn Pres, Gen Ptnr or Mng Mmb
Lockbox #1007
PO Box 4829
Houston, TX 77210


United Healthcare
Attn Pres, Gen Ptnr or Mng Mmb
Tampa Bay Service Center
P.O. Box 740800
Atlanta, GA 30374


United Illuminating Co.
Attn Pres, Gen Ptnr or Mng Mmb
PO Box 9230
New Haven, CT 06510


UNKNOWN
Attn Pres, Gen Ptnr or Mng Mmb


UNP Advertising Inc
Attn Pres, Gen Ptnr or Mng Mmb
4 Daniels Farm Road #376
Trumbull, CT 06611


Upstairs Solutions, LTC
Attn Pres, Gen Ptnr or Mng Mmb
7444 Long Avenue
Skokie, IL 60077

Upstairs Solutions, LTC, LLC
Attn Pres, Gen Ptnr or Mng Mmb
7444 Long Avenue
Skokie, IL 60077


USI Ins. Services of CT Inc.
Attn Pres, Gen Ptnr or Mng Mmb
530 Preston Avenue
PO Box 1040
Meriden, CT 06450


Value Health Care Services Inc
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 740391
Cincinnati, IH 45274


Verizon Wireless
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 15062
Albany, NY 12212


Victoria Supply
Attn Pres, Gen Ptnr or Mng Mmb
1901 60th Place E Ste L5331
Bradenton, FL 34203


Vitality Foodservice
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 281502
Atlanta, GA 30384


Vitas H.C
Attn Pres, Gen Ptnr or Mng Mmb
123 SE 3rd Avenue #440
Miami, FL 33131


W.E.Baum Bronze Tablet
Attn Pres, Gen Ptnr or Mng Mmb
89 Bannard Street
Freehold, NJ 07728


Wanderguard Inc
Attn Pres, Gen Ptnr or Mng Mmb
Dept CH 10504
Palatine, IL 60055

Werner International
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 25911
Baltimore, MD 21224


West Side Foods Inc
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 740456
Hunts Point Station
Bronx, NY 10474


Woodbridge Printing
Attn Pres, Gen Ptnr or Mng Mmb
17 Barnum Road
Woodbridge, CT 06525


Yale Medical Group
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 30000
Dept 5127
Hartford, CT 06150


Yankee Equipment Systems Inc
Attn Pres, Gen Ptnr or Mng Mmb
1 Glass Lane
P.O. Box 630
Barrington, NH 03825


Zep Manufacturing Co
Attn Pres, Gen Ptnr or Mng Mmb
P.O. Box 3338
Boston, MA 02241