UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| THE JEWISH HOME FOR THE AGED, INC. | : | CASE NO. 11-30312 (LMW) |
| | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE FOR PAPERS

**PLEASE TAKE NOTICE** that Advanced Healthcare Properties, LLC and Advanced Nursing and Rehabilitation Center of New Haven, LLC appear herein through their undersigned attorneys pursuant to Section 1109 of Title 11 of the United States Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9010 and request that all notices (including those required by Rule 2002) in this case or any related adversary proceeding be sent to the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications, petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding, by sending a copy of each to the following:

      Mark I. Fishman, Esq.
      Neubert, Pepe & Monteith, P.C.
      195 Church Street, 13th Floor
      New Haven, Connecticut 06510
      mfishman@npmlaw.com

**PLEASE TAKE FURTHER NOTICE** that neither Advanced Healthcare Properties, LLC nor Advanced Nursing and Rehabilitation Center of New Haven, LLC, intend this Notice of Appearance and Request for Notices and Service of Papers, or any subsequent appearance, pleading, claim or suit, to constitute a submission to the jurisdiction of this Court or to waive any rights to which they may be entitled, including, but not limited to: (i) their right to have final orders entered only after de novo review by a United States District Judge; (ii) their right to trial by jury in any proceeding; (iii) their right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any rights, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

Dated: February 23, 2011          NEUBERT, PEPE & MONTEITH, P.C.

                                                By: _____
                                                Mark I. Fishman (ct06896)
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                Tel. 203-821-2000
                                                Email: mfishman@npmlaw.com
                                                Counsel to Advanced Healthcare
                                                Properties, LLC and Advanced
                                                Nursing and Rehabilitation
                                                Center of New Haven, LLC

## CERTIFICATION OF SERVICE

I hereby certify that I served copy of the Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

**Stephen M. Kindseth, Esq.**
Zeisler & Zeisler
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605

**Steven E. Mackey, Esq.**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

This 23rd day of February, 2011

Mark I. Fishman