**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| THE JEWISH HOME FOR THE AGED, INC. | : | CASE NO. 11-30312(LMW) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| THE JEWISH HOME FOR THE AGED, INC. | : | |
| | : | |
| Movant, | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENTS OF | : | |
| SOCIAL SERVICES, REVENUE SERVICES AND | : | |
| LABOR, RBS CITIZENS, NATIONAL | : | |
| ASSOCIATION, THE JEWISH HOME | : | |
| BUILDING FUND CORP., FIRST NIAGARA | : | |
| BANK, N.A. AS SUCCESSOR IN INTEREST TO | : | |
| NEW ALLIANCE BANK, GREATER NEW | : | |
| HAVEN WATER POLLUTION CONTROL | : | |
| AUTHORITY, JOSEPH J. MARINAN, JR. THE | : | |
| MEDICINE CENTRE/SENIOR CARE, LLC, | : | |
| UNITED ILLUMINATING CO., STATE OF | : | |
| CONNECTICUT, ALLIANCE REHAB OF | : | |
| CONNECTICUT, LLC, THE SOUTHERN | : | |
| CONNECTICUT GAS CO., MORRISON | : | |
| MANAGEMENT SPECIALISTS, INC., NEW | : | |
| ENGLAND HEALTH CARE EMPLOYEE | : | |
| PENSION FUND, NEW ENGLAND HEALTH | : | |
| CARE EMPLOYEES WELFARE FUND, NEW | : | |
| ENGLAND HEALTH CARE EMPLOYEES | : | |
| UNION DISTRICT 1199, THE CONNECTICUT | : | |
| NURSING HOMES TRAINING AND | : | |
| UPGRADING FUND, CITY OF NEW HAVEN, | : | |
| REGIONAL WATER AUTHORITY, THE CIT | : | |
| GROUP/EQUIPMENT FINANCING, INC., | : | |
| CIT TECHNOLOGY FINANCING SERVICES, | : | |
| INC., ECOLAB, INC., TECHNICAL GAS | : | |
| PRODUCTS, LLC, NESTLÉ HEALTHCARE | : | |
| NUTRITION, INC. | : | |
| | : | |
| Respondents. | : | JUNE 16, 2011 |
| _____ | : | |

**SUPPLEMENT TO:**
**MOTION FOR AN ORDER UNDER 11 U.S.C. §§ 105(a), 363 AND 365 AND FED. R. BANKR. P. 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF ASSETS, FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES, (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PROPERTY, (C) THE USE OF THE PROCEEDS OF SUCH SALE TO PAY CERTAIN CLOSING COSTS AND CERTAIN SECURED CREDITORS AND (D) OTHER RELATED RELIEF**

The Jewish Home for the Aged, Inc. (the "Debtor"), debtor and debtor-in-possession, by and through its undersigned counsel, Zeisler & Zeisler, P.C., hereby supplements its Motion For An Order Under 11 U.S.C. §§ 105(A), 363 And 365 And Fed.R. Bankr. P. 6004 And 6006 Authorizing And Approving (A) The Sale Of Assets, Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Of Property, (C) The Use Of The Proceeds Of Such Sale To Pay Certain Closing Costs And Certain Secured Creditors And (D) Other Related Relief ("Sale Motion"), filed on June 8, 2011, by substituting the following documents submitted herewith for those prior proposed documents originally included with the Sale Motion:

1) Fully executed Asset Purchase Agreement dated June 15, 2011, including all exhibits, appended hereto as **Exhibit 1**; and

2) The Debtor's proposed Order Under 11 U.S.C. §§ 105(A), 363 And 365 And Fed.R. Bankr. P. 6004 And 6006 Authorizing And Approving (A) The Sale Of Assets, Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Of Property, (C) The Use Of The Proceeds Of Such Sale To Pay Certain Closing Costs And Certain Secured Creditors And (D) Other Related Relief.

Dated at Bridgeport, Connecticut, this 16th day of June, 2011.

        THE DEBTOR,
        THE JEWISH HOME FOR THE AGED, INC.


By:  */s/ Stephen M. Kindseth*
     Stephen M. Kindseth (ct14640)
     Zeisler & Zeisler, P. C.
     558 Clinton Avenue
     P. O. Box 3186
     Bridgeport, CT  06605-0186
     Tel: (203) 368-4234
     Fax: (203) 367-9678
     Email: skindseth@zeislaw.com
     Its attorneys