## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                      CHAPTER 11

:

THE JEWISH HOME FOR THE AGED, INC. ,

:
                                                            CASE NO. 11-30312(LMW)

Debtor.

:                                                           RE: ECF NO. 7

## ORDER AUTHORIZING PAYMENT OF
## PREPETITION OBLIGATIONS TO CRITICAL VENDORS AND SUPPLIERS

There came before the Court for consideration the Debtor's Motion for Authority to Pay Certain Pre-Petition Obligations to Critical Suppliers (the "Motion"), filed by the above referenced Debtor (the "Debtor"), and after considering the Motion and the arguments of counsel, the Court finds that the relief requested in the Motion is in the best interest of the Debtor, its estate and creditors; and accordingly, it is hereby

**ORDERED** that the Motion and all relief requested therein is **GRANTED** solely with respect to Bank Direct Capital Finance; and

**ORDERED** that the Debtor is authorized, but not directed, to pay Bank Direct Capital Finance in the amounts set forth in the Motion.

**Dated: July 14, 2011**                                    **BY THE COURT**

                                                            *Lorraine Murphy Weil*
                                                            Lorraine Murphy Weil
                                                            Chief United States Bankruptcy Judge